**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**DISTRICT OF DELAWARE**

Case number *(if known)* _____  Chapter __**11**__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **West Marine Products, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **West Marine Products - Florida, Inc.** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **94-2374523** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1 East Broward Blvd., Suite 200, Fort Lauderdale, FL 33301** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Broward** County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **https://www.westmarine.com/; https://pro.westmarine.com/** |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **West Marine Products, Inc.**                                  Case number (*if known*) _____
      Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

**4591**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No.
☒ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | | |
|---|---|---|---|---|---|---|
| | Debtor | *See Rider 1* | | | Relationship | **Affiliate** |
| | District | **Delaware** | When | _____ | Case number, if known | _____ |

Debtor    **West Marine Products, Inc.**                                  Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No.

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

    _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No.

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

**Statistical and administrative information (on a consolidated basis)**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors (on a consolidated basis)**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☒ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets (on a consolidated basis)**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☒ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities (on a consolidated basis)**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☒ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **West Marine Products, Inc.**                                  Case number (*if known*) _____
        Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **05/17/2026**
              MM / DD / YYYY

**X** */s/ Paulee Day*                                  **Paulee Day**
Signature of authorized representative of debtor        Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**   **X** */s/ Michael R. Nestor*                  Date **05/17/2026**
Signature of attorney for debtor                                              MM / DD / YYYY

**Michael R. Nestor**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**1000 N. King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-571-6600**        Email address   **MNestor@ycst.com**

**3526 DE**
Bar number and State

## Rider 1

**Affiliated Entities**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in the United States Bankruptcy Court for the District of Delaware a petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532. Contemporaneously with the filing of these petitions, such entities filed a motion requesting joint administration of their chapter 11 cases under the case number assigned to the chapter 11 case of West Marine, Inc.

|  | Entity Name | Federal Employee Identification Number (EIN) |
|---|---|---|
| 1. | West Marine, Inc. | 77-0355502 |
| 2. | Marine One Holdco, LLC | 86-4002231 |
| 3. | Marine One Parent, Inc. | 86-3930402 |
| 4. | Rising Tide Holdings Inc. | 82-2592628 |
| 5. | Rising Tide Parent Inc. | 82-2596153 |
| 6. | Seascapes, Inc. | 61-2143739 |
| 7. | W Marine Management Company, Inc. | 77-0464151 |
| 8. | West Marine Products, Inc. | 94-2374523 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WEST MARINE, INC., *et al.*,[1] | ) Case No. 26-_____ (___) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

**CONSOLIDATED CORPORATE OWNERSHIP
STATEMENT AND LIST OF EQUITY SECURITY HOLDERS**

Pursuant to rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (each, a "Debtor" and, collectively, the "Debtors") hereby state as follows:

1.  The Debtors' mailing address for purposes of these chapter 11 cases is 1 East Broward Blvd., Suite 200, Fort Lauderdale, FL 33301.  Debtor Marine One Holdco, LLC ("Marine One Holdco") is 33% owned by non-Debtor LC9 Marine One Aggregator, L.P. and 67% owned by certain equity interest holders.  A list of Marine One Holdco's equity interest holders is attached hereto as **Exhibit A**.[2]

2.  Marine One Holdco, LLC owns 100% of the equity interests in Debtor Marine One Parent, Inc. ("Marine One Parent").

3.  Marine One Parent owns 100% of the equity interests in Debtor Rising Tide Holdings Inc. ("Rising Tide Holdings").

4.  Rising Tide Holdings owns 100% of the equity interests in Debtor Rising Tide Parent Inc. ("Rising Tide Parent").

5.  Rising Tide Parent owns 100% of the equity interests in Debtor West Marine, Inc. ("West Marine").

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: West Marine, Inc. (5502); Marine One Holdco, LLC (2231); Marine One Parent, Inc. (0402); Rising Tide Holdings Inc. (2628); Rising Tide Parent Inc. (6153); Seascapes, Inc. (3739); W Marine Management Company, Inc. (4151); and West Marine Products, Inc. (4523).  For purposes of these chapter 11 cases, the Debtors' service address is West Marine Headquarters, 1 East Broward Blvd., Suite 200, Fort Lauderdale, FL 33301.

[2]  The list of Marine One Holdco's equity interest holders attached hereto is as of April 27, 2026.

6.      West Marine owns 100% of the equity interests in the following Debtors:  West Marine Products, Inc.; W Marine Management Company, Inc., and Seascapes, Inc.

**Exhibit A**

**List of Marine One Holdco's Equity Interest Holders**

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Aea Middle Market Debt Fund III LP<br><br>520 Madison Avenue, 40th Floor,<br>New York, NY 10022 | Common | 54,925 | Common |
| Aea Middle Market Debt Fund IV LP<br><br>520 Madison Avenue, 40th Floor,<br>New York, NY 10022 | Common | 84,500 | Common |
| Aea Middle Market Debt V Funding LLC<br><br>520 Madison Avenue, 40th Floor,<br>New York, NY 10022 | Common | 29,575 | Common |
| Argonaut Insurance Company<br><br>711 Broadway Street, Suite 400,<br>San Antonio, TX  78215-181 | Common | 1,895 | Common |
| Balboa Bay Loan Funding 2020-1 Ltd<br><br>650 Newport Center Drive,<br>Newport Beach, CA 92660 | Common | 4,994 | Common |
| Balboa Bay Loan Funding 2021-1 Ltd<br><br>650 Newport Center Drive,<br>Newport Beach, CA 92660 | Common | 5,000 | Common |
| Baloise Senior Secured Loan Fund III<br><br>250 Park Avenue, 15th Floor,<br>New York, NY 10177 | Common | 46,581 | Common |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Bank of America NA<br><br>401 N Tryon Street,<br>Charlotte, NC  28255 | Warrant | 987 | Warrant |
| Barclays Bank PLC<br><br>745 7th Avenue,<br>New York, NY 10019 | Common | 130,587 | Common |
| Barclays Bank PLC<br><br>745 7th Avenue,<br>New York, NY 1001 | Warrant | 2,470 | Warrant |
| Barclays Capital Inc<br><br>125 S West Street,<br>Wilmington, DE 19801 | Common | 74,805 | Common |
| Barclays Capital Inc<br><br>125 S West Street,<br>Wilmington, DE 1980 | Warrant | 950 | Warrant |
| Blue Cross and Blue Shield Of North Carolina<br><br>PO Box 2291,<br>Attn 1099 Dept.,<br>Durham, NC 27702 | Common | 6,030 | Common |
| Boston Retirement System<br><br>1 City Hall Square, Room 816,<br>Boston, MA 02201 | Common | 1,844 | Common |

2

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| City National Rochdale Fixed Income Opportunities Fund<br><br>One Freedom Valley Drive,<br>Oaks, PA 19456 | Common | 1,887 | Common |
| City National Rochdale Fixed Income Opportunities Fund<br><br>One Freedom Valley Drive,<br>Oaks, PA 19456 | Warrant | 998 | Warrant |
| City of New York Group Trust<br><br>300 Park Avenue,<br>New York, NY 10022 | Common | 25,797 | Common |
| Crescent Capital High Income Fund BLP<br><br>11100 Santa Monica Blvd., Suite 2000,<br>Los Angeles, CA 90025 | Common | 9,311 | Common |
| Crescent Senior Secured Floating Rate Loan Fund<br><br>94 Solaris Avenue,<br>PO Box 1348,<br>Cayman Bay, KY1-1108 Cayman Islands | Common | 3,085 | Common |
| Crescent Syndicated Credit Solutions Fund LP<br><br>11100 Santa Monica Blvd., Suite 2000,<br>Los Angeles, CA 90025 | Common | 5,025 | Common |
| Crown Point CLO 10 Ltd<br><br>27 Hospital Road, George Town,<br>KY1-9008 Cayman Islands | Common | 77,000 | Common |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Desjardins Assurances Generales Inc<br><br>6300 Guillaume-Couture Blvd.,<br>Levis, Quebec G6v 6p9, Canada | Common | 3,577 | Common |
| Empower Multi-Sector Bond Fund<br><br>One Financial Plaza,<br>Hartford, CT 06103 | Common | 662 | Common |
| Evolution Credit Opportunity Masterfund IL-A LP<br><br>28 State Street, 23rd Floor,<br>Boston, MA 02109 | Common | 626,400 | Common |
| Evolution Credit Opportunity Masterfund IL-A LP<br><br>28 State Street, 23rd Floor,<br>Boston, MA 02109 | Warrant | 6,594,393 | Penny Warrant |
| Evolution Credit Partners I LP<br><br>28 State Street, 23rd Floor,<br>Boston, MA 02109 | Common | 216,000 | Common |
| Evolution Credit Partners I LP<br><br>28 State Street, 23rd Floor,<br>Boston, MA 02109 | Warrant | 2,195,977[3] | Warrant and Penny Warrant |
| FMAP SOC Limited<br><br>12100 Wilshire Blvd., Suite 1000,<br>Los Angeles, CA 90025 | Common | 115,632 | Common |

---

[3]   Comprised of 21,938 warrants and 2,174,039 penny warrants.

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| FMAP SOC Limited<br><br>12100 Wilshire Blvd., Suite 1000, Los Angeles, CA 90025 | Warrant | 1,156,582 | Penny Warrant |
| GGP Class E-P LLC<br><br>200 Park Avenue, New York, NY 10166 | Common | 234,750 | Common |
| GGP Class E-P LLC<br><br>200 Park Avenue, New York, NY 10166 | Warrant | 2,174,039 | Penny Warrant |
| Golden Tree Loan Management US CLO 10 LTD<br><br>300 Park Avenue, New York, NY 10022 | Common | 90,109 | Common |
| Golden Tree Loan Management US CLO 11 LTD<br><br>300 Park Avenue, New York, NY 10022 | Common | 65,891 | Common |
| Golden Tree Loan Management US CLO 12 LTD<br><br>300 Park Avenue, New York, NY 10022 | Common | 21,324 | Common |
| Golden Tree Loan Management US CLO 14 LTD<br><br>300 Park Avenue, New York, NY 10022 | Common | 33,323 | Common |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Golden Tree US Loan & Bond Fund<br><br>300 Park Avenue,<br>New York, NY 10022 | Common | 11,967 | Common |
| High Yield and Bank Loan Series Trust<br><br>300 Park Avenue,<br>New York, NY 10022 | Common | 52,034 | Common |
| ICG Rhinebeck CLO 2021-4 Ltd<br><br>277 Park Avenue, 41st Floor,<br>New York, NY 10172 | Common | 6,416 | Common |
| ICG US CLO 2014-1 Ltd<br><br>277 Park Avenue, 41st Floor,<br>New York, NY 10172 | Common | 4,273 | Common |
| ICG US CLO 2014-2 Ltd<br><br>277 Park Avenue, 41st Floor,<br>New York, NY 10172 | Common | 6,660 | Common |
| ICG US CLO 2014-3 Ltd<br><br>277 Park Avenue, 41st Floor,<br>New York, NY 10172 | Common | 3,894 | Common |
| ICG US CLO 2015-2R Ltd<br><br>277 Park Avenue, 41st Floor,<br>New York, NY 10172 | Common | 2,637 | Common |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| ICG US CLO 2016-1 Ltd<br><br>277 Park Avenue, 41st Floor, New York, NY 10172 | Common | 4,904 | Common |
| ICG US CLO 2017-1 Ltd<br><br>277 Park Avenue, 41st Floor, New York, NY 10172 | Common | 5,299 | Common |
| ICG US CLO 2018-1 Ltd<br><br>277 Park Avenue, 41st Floor, New York, NY 10172 | Common | 4,401 | Common |
| ICG US CLO 2018-2 Ltd<br><br>277 Park Avenue, 41st Floor, New York, NY 10172 | Common | 4,904 | Common |
| ICG US CLO 2018-3 Ltd<br><br>277 Park Avenue, 41st Floor, New York, NY 10172 | Common | 6,406 | Common |
| ICG US CLO 2020-1 Ltd<br><br>277 Park Avenue, 41st Floor, New York, NY 10172 | Common | 5,150 | Common |
| ICG US CLO 2021-1 Ltd<br><br>277 Park Avenue, 41st Floor, New York, NY 10172 | Common | 5,150 | Common |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| ICG US CLO 2021-2 Ltd<br><br>277 Park Avenue, 41st Floor, New York, NY 10172 | Common | 5,638 | Common |
| ICG US CLO 2021-3 Ltd<br><br>277 Park Avenue, 41st Floor, New York, NY 10172 | Common | 5,013 | Common |
| ICG US CLO 2022-1(I) Ltd<br><br>277 Park Avenue, 41st Floor, New York, NY 10172 | Common | 6,372 | Common |
| Ironsides Opportunities Annex Fund LP<br><br>489 Fifth Avenue, 21st Floor, New York, NY 10017 | Common | 36,000 | Common |
| Ironsides Opportunities Annex Fund LP<br><br>489 Fifth Avenue, 21st Floor, New York, NY 10017 | Warrant | 362,194[4] | Warrant and Penny Warrant |
| Ivy Hill Asset Management LP<br><br>245 Park Avenue, 43rd Floor, New York, NY 10167 | Common | 7,480 | Common |
| Ivy Hill Middle Market Credit Fund IX Ltd<br><br>2000 Avenue of the Stars, 12th Floor, Los Angeles, CA 90043 | Common | 9,602 | Common |

---

[4]   Comprised of 2,194 warrants and 360,000 penny warrants.

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Ivy Hill Middle Market Credit Fund VII Ltd<br><br>2000 Avenue of The Stars, 12th Floor,<br>Los Angeles, CA 90043 | Common | 7,918 | Common |
| Ivy Hill Middle Market Credit Fund XII Ltd<br><br>2000 Avenue of The Stars, 12th Floor,<br>Los Angeles, CA 90043 | Common | 12,500 | Common |
| Jefferies LLC<br><br>101 Hudson Street, 11th Floor,<br>Jersey City, NJ 07302 | Common | 878,506 | Common |
| Jefferies LLC<br><br>101 Hudson Street, 11th Floor,<br>Jersey City, NJ 07302 | Warrant | 8,408,777[5] | Warrant and Penny Warrant |
| LC9 Marine One Aggregator LP<br><br>599 West Putnam Avenue,<br>Greenwich, CT 06830 | Common | 3,302,975 | Common |
| LC9 Marine One Aggregator LP<br><br>599 West Putnam Avenue<br>Greenwich, CT 06830 | Warrant | 33,509,919[6] | Warrant and Penny Warrant |

---

[5]   Comprised of 54,523 warrants and 8,354,254 penny warrants.

[6]   Comprised of 265,485 warrants and 33,244,434 penny warrants.

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Los Angeles County Employees Retirement Association<br><br>300 N Lake Avenue, Suite 720,<br>Pasadena, CA 91101 | Common | 14,328 | Common |
| Monroe Capital MML CLO VII Ltd<br><br>311 S Wacker Drive, Suite 6400,<br>Chicago, IL 60606 | Common | 2,500 | Common |
| Monroe Capital MML CLO XII Ltd<br><br>311 S Wacker Drive, Suite 6400,<br>Chicago, IL 60606 | Common | 12,500 | Common |
| Mountain View CLO 2013-1 Ltd<br><br>Queensgate House South Church Street,<br>George Town,<br>KY1-1102 Cayman Islands | Common | 1,250 | Common |
| Mountain View CLO 2016-1 Ltd<br><br>Queensgate House South Church Street,<br>George Town,<br>KY1-1102 Cayman Islands | Common | 1,250 | Common |
| Mountain View CLO 2017-1 Ltd<br><br>Queensgate House South Church Street,<br>George Town,<br>KY1-1102 Cayman Islands | Common | 1,250 | Common |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Mountain View CLO IX Ltd<br><br>Queensgate House South Church Street, George Town, KY1-1102 Cayman Islands | Common | 1,250 | Common |
| Mountain View CLO XV Ltd<br><br>Queensgate House South Church Street, George Town, KY1-1102 Cayman Islands | Common | 1,250 | Common |
| Mt. Whitney Securities LLC<br><br>477 Martinsville Road, Liberty Corner, NJ 07938 | Common | 6,104 | Common |
| National Electrical Benefit Fund<br><br>900 Seventh Street N W, Suite 900, Washington, DC 20001 | Common | 2,610 | Common |
| Nationwide Children's Hospital<br><br>700 Children's Drive, Columbus, OH 43205 | Common | 2,034 | Common |
| Oaktree-Copley Investments LLC<br><br>333 South Grand Avenue, 28th Floor, Los Angeles, CA 90071 | Common | 13,694 | Common |
| Oaktree-Copley Investments LLC<br><br>333 South Grand Avenue, 28th Floor, Los Angeles, CA 90071 | Warrant | 1,659,610 | Penny Warrant |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| OC III LVS I LP<br><br>650 Newport Center Drive,<br>Newport Beach, CA 92660 | Warrant | 15,356 | Warrant |
| OCP CLO 2014-5 LTD<br><br>930 Sylvan Avenue, Suite 105,<br>Englewood Cliffs, NJ 07632 | Common | 1,105 | Common |
| OCP CLO 2014-5 LTD<br><br>930 Sylvan Avenue, Suite 105,<br>Englewood Cliffs, NJ 07632 | Warrant | 222 | Warrant |
| OCP CLO 2016-11 LTD<br><br>930 Sylvan Avenue, Suite 105,<br>Englewood Cliffs, NJ 07632 | Common | 1,425 | Common |
| OCP CLO 2016-11 LTD<br><br>930 Sylvan Avenue, Suite 105,<br>Englewood Cliffs, NJ 07632 | Warrant | 287 | Warrant |
| OCP CLO 2017-13 LTD<br><br>930 Sylvan Avenue, Suite 105,<br>Englewood Cliffs, NJ 07632 | Common | 2,865 | Common |
| OCP CLO 2017-13 LTD<br><br>930 Sylvan Avenue, Suite 105,<br>Englewood Cliffs, NJ 07632 | Warrant | 345 | Warrant |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| OCP CLO 2017-14 LTD<br><br>930 Sylvan Avenue, Suite 105, Englewood Cliffs, NJ 07632 | Common | 1,716 | Common |
| OCP CLO 2017-14 LTD<br><br>930 Sylvan Avenue, Suite 105, Englewood Cliffs, NJ 07632 | Warrant | 345 | Warrant |
| OCP CLO 2018-15 LTD<br><br>930 Sylvan Avenue, Suite 105, Englewood Cliffs, NJ 07632 | Common | 1,716 | Common |
| OCP CLO 2018-15 LTD<br><br>930 Sylvan Avenue, Suite 105, Englewood Cliffs, NJ 07632 | Warrant | 344 | Warrant |
| OCP CLO 2019-16 LTD<br><br>930 Sylvan Avenue, Suite 105, Englewood Cliffs, NJ 07632 | Common | 1,428 | Common |
| OCP CLO 2019-16 LTD<br><br>930 Sylvan Avenue, Suite 105, Englewood Cliffs, NJ 07632 | Warrant | 288 | Warrant |
| OCP CLO 2019-17 LTD<br><br>930 Sylvan Avenue, Suite 105, Englewood Cliffs, NJ 07632 | Warrant | 289 | Warrant |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| OCP CLO 2020-17 LTD<br><br>930 Sylvan Avenue, Suite 105, Englewood Cliffs, NJ 07632 | Common | 1,436 | Common |
| OCP CLO 2020-18 LTD<br><br>930 Sylvan Avenue, Suite 105, Englewood Cliffs, NJ 07632 | Common | 1,148 | Common |
| OCP CLO 2020-18 LTD<br><br>930 Sylvan Avenue, Suite 105, Englewood Cliffs, NJ 07632 | Warrant | 230 | Warrant |
| OCP CLO 2020-19 LTD<br><br>930 Sylvan Avenue, Suite 105, Englewood Cliffs, NJ 07632 | Common | 1,148 | Common |
| OCP CLO 2020-19 LTD<br><br>930 Sylvan Avenue, Suite 105, Englewood Cliffs, NJ 07632 | Warrant | 230 | Warrant |
| OCP CLO 2020-20 LTD<br><br>930 Sylvan Avenue, Suite 105, Englewood Cliffs, NJ 07632 | Common | 1,148 | Common |
| OCP CLO 2020-20 LTD<br><br>930 Sylvan Avenue, Suite 105, Englewood Cliffs, NJ 07632 | Warrant | 230 | Warrant |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| OCP CLO 2020-8R Ltd<br><br>930 Sylvan Avenue, Suite 105, Englewood Cliffs, NJ 07632 | Common | 1,257 | Common |
| OCP CLO 2021-21 LTD<br><br>930 Sylvan Avenue, Suite 105, Englewood Cliffs, NJ 07632 | Common | 1,880 | Common |
| OCP CLO 2021-21 LTD<br><br>930 Sylvan Avenue, Suite 105, Englewood Cliffs, NJ 07632 | Warrant | 776 | Warrant |
| Octagon 52 Ltd<br><br>250 Park Avenue, 15th Floor, New York, NY 10177 | Common | 36,547 | Common |
| Octagon 53 Ltd<br><br>250 Park Avenue, 15th Floor, New York, NY 10177 | Common | 34,084 | Common |
| Octagon 54 Ltd<br><br>250 Park Avenue, 15th Floor, New York, NY 10177 | Common | 67,540 | Common |
| Octagon 55 Ltd<br><br>250 Park Avenue, 15th Floor, New York, NY 10177 | Common | 46,356 | Common |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Octagon 56 Ltd<br><br>250 Park Avenue, 15th Floor, New York, NY 10177 | Common | 48,620 | Common |
| Octagon 57 Ltd<br><br>250 Park Avenue, 15th Floor, New York, NY 10177 | Common | 34,855 | Common |
| Octagon 59 Ltd<br><br>250 Park Avenue, 15th Floor, New York, NY 10177 | Common | 26,546 | Common |
| Octagon Credit Opportunities Masterfund LP<br><br>250 Park Avenue, 15th Floor, New York, NY 10177 | Common | 26,701 | Common |
| Octagon High Income Master Fund Ltd<br><br>250 Park Avenue, 15th Floor, New York, NY 10177 | Common | 77,237 | Common |
| Octagon Investment Partners 26 Ltd<br><br>250 Park Avenue, 15th Floor, New York, NY 10177 | Common | 17,580 | Common |
| Octagon Investment Partners 27 Ltd<br><br>250 Park Avenue, 15th Floor, New York, NY 10177 | Common | 17,580 | Common |

16

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Octagon Investment Partners 29 Ltd<br><br>250 Park Avenue, 15th Floor, New York, NY 10177 | Common | 22,763 | Common |
| Octagon Investment Partners 34 Ltd<br><br>250 Park Avenue, 15th Floor, New York, NY 10177 | Common | 13,908 | Common |
| Octagon Investment Partners 40 Ltd<br><br>250 Park Avenue, 15th Floor, New York, NY 10177 | Common | 28,169 | Common |
| Octagon Investment Partners 44 Ltd<br><br>250 Park Avenue, 15th Floor, New York, NY 10177 | Common | 37,494 | Common |
| Octagon Investment Partners 45 Ltd<br><br>250 Park Avenue, 15th Floor, New York, NY 10177 | Common | 37,494 | Common |
| Octagon Investment Partners 46 Ltd<br><br>250 Park Avenue, 15th Floor, New York, NY 10177 | Common | 37,497 | Common |
| Octagon Investment Partners 50 Ltd<br><br>250 Park Avenue, 15th Floor, New York, NY 10177 | Common | 21,815 | Common |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Octagon Investment Partners XVI Ltd<br><br>250 Park Avenue, 15th Floor,<br>New York, NY 10177 | Common | 17,580 | Common |
| Octagon Senior Secured Credit Master Fund Ltd<br><br>250 Park Avenue, 15th Floor,<br>New York, NY 10177 | Common | 72,463 | Common |
| OPIFVOF WM Holdings LP<br><br>333 S Grand Ave, Floor 28,<br>Los Angeles, CA 90071 | Common | 1,182,786 | Common |
| OPIFVOF WM Holdings LP<br><br>333 S Grand Ave, Floor 28,<br>Los Angeles, CA 90071 | Warrant | 25,169,634[7] | Warrant & Penny Warrant |
| Park Avenue Institutional Advisers CLO Ltd 2021-2<br><br>PO Box 1093,<br>Queensgate House South Church Street,<br>George Town,<br>KY1-1102 Cayman Islands | Common | 4,944 | Common |
| Park Avenue Institutional Advisers CLO Ltd 2022-2<br><br>PO Box 1093,<br>Queensgate House South Church Street,<br>George Town,<br>KY1-1102 Cayman Islands | Common | 5,025 | Common |

---

[7]   Comprised 8,218 warrants and 25,161,416 penny warrants.

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| PCM Fund Inc<br><br>650 Newport Center Drive, Newport Beach, CA 92660 | Common | 2,750 | Common |
| PCM Fund Inc<br><br>650 Newport Center Drive, Newport Beach, CA 92660 | Warrant | 357 | Warrant |
| PIF Offshore I Ltd<br><br>650 Newport Center Drive, Newport Beach, CA 92660 | Common | 35,250 | Common |
| Pimco Access Income Fund<br><br>650 Newport Center Drive, Newport Beach, CA 92660 | Common | 8,371 | Common |
| Pimco Access Income Fund<br><br>650 Newport Center Drive, Newport Beach, CA 92660 | Warrant | 14,259 | Warrant |
| Pimco Corporate & Income Opportunity Fund<br><br>650 Newport Center Drive, Newport Beach, CA 92660 | Common | 13,000 | Common |
| Pimco Corporate & Income Opportunity Fund<br><br>650 Newport Center Drive, Newport Beach, CA 92660 | Warrant | 1,687 | Warrant |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Pimco Corporate & Income Strategy Fund<br><br>650 Newport Center Drive,<br>Newport Beach, CA 92660 | Common | 2,500 | Common |
| Pimco Corporate & Income Strategy Fund<br><br>650 Newport Center Drive,<br>Newport Beach, CA 92660 | Warrant | 324 | Warrant |
| Pimco Dynamic Income Fund<br><br>650 Newport Center Drive<br>Newport Beach, CA 92660 | Common | 43,000 | Common |
| Pimco Dynamic Income Fund<br><br>650 Newport Center Drive,<br>Newport Beach, CA 92660 | Warrant | 5,580 | Warrant |
| Pimco Flexible Credit Income Fund<br><br>650 Newport Center Drive,<br>Newport Beach, CA 92660 | Common | 3,579 | Common |
| Pimco Flexible Credit Income Fund<br><br>650 Newport Center Drive,<br>Newport Beach, CA 92660 | Warrant | 6,096 | Warrant |
| Pimco High Income Fund<br><br>650 Newport Center Drive,<br>Newport Beach, CA 92660 | Common | 3,250 | Common |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Pimco Horseshoe Fund LP<br><br>650 Newport Center Drive, Newport Beach, CA 92660 | Warrant | 8,775 | Warrant |
| Pimco Income Strategy Fund<br><br>650 Newport Center Drive, Newport Beach, CA 92660 | Common | 1,500 | Common |
| Pimco Income Strategy Fund<br><br>650 Newport Center Drive, Newport Beach, CA 92660 | Warrant | 195 | Warrant |
| Pimco Income Strategy Fund II<br><br>650 Newport Center Drive Newport Beach, CA 92660 | Common | 2,750 | Common |
| Pimco Income Strategy Fund II<br><br>650 Newport Center Drive, Newport Beach, CA 92660 | Warrant | 357 | Warrant |
| Pimco OP Trust Flexible Credit Fund LP<br><br>650 Newport Center Drive, Newport Beach, CA 92660 | Warrant | 4,388 | Warrant |
| Prospect Capital Corporation<br><br>10 East 40th Street, Floor 43, New York, NY 10016 | Common | 345,600 | Common |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Prospect Capital Corporation<br><br>10 East 40th Street, Floor 43, New York, NY 10016 | Warrant | 3,506,456[8] | Warrant and Penny Warrant |
| Prospect Flexible Funding LLC<br><br>10 East 40th Street, Floor 43, New York, NY 10016 | Common | 2,500 | Common |
| Rockford Tower CLO 2017-1 Ltd<br><br>299 Park Avenue, 40th Floor, New York, NY 10171 | Common | 8,698 | Common |
| Rockford Tower CLO 2017-2 Ltd<br><br>299 Park Avenue, 40th Floor, New York, NY 10171 | Common | 8,698 | Common |
| Rockford Tower CLO 2017-3 Ltd<br><br>299 Park Avenue, 40th Floor, New York, NY 10171 | Common | 8,698 | Common |
| Rockford Tower CLO 2018-1 Ltd<br><br>299 Park Avenue, 40th Floor, New York, NY 10171 | Common | 8,698 | Common |
| Rockford Tower CLO 2018-2 Ltd<br><br>299 Park Avenue, 40th Floor, New York, NY 10171 | Common | 8,698 | Common |

---

[8]   Comprised of 50,456 warrants and 3,456,000 penny warrants.

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Rockford Tower CLO 2019-1 Ltd<br><br>299 Park Avenue, 40th Floor, New York, NY 10171 | Common | 8,698 | Common |
| Rockford Tower CLO 2019-2 Ltd<br><br>299 Park Avenue, 40th Floor, New York, NY 10171 | Common | 8,698 | Common |
| Rockford Tower CLO 2020-1 Ltd<br><br>299 Park Avenue, 40th Floor, New York, NY 10171 | Common | 5,799 | Common |
| Rockford Tower CLO 2021-1 Ltd<br><br>299 Park Avenue, 40th Floor, New York, NY 10171 | Common | 11,539 | Common |
| Rockford Tower CLO 2021-2 Ltd<br><br>299 Park Avenue, 40th Floor, New York, NY 10171 | Common | 8,669 | Common |
| Rockford Tower CLO 2021-3 Ltd<br><br>299 Park Avenue, 40th Floor, New York, NY 10171 | Common | 11,597 | Common |
| Rockford Tower CLO 2022-1 Ltd<br><br>299 Park Avenue, 40th Floor, New York, NY 10171 | Common | 5,827 | Common |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Rockford Tower Credit Funding I LP<br><br>299 Park Avenue, 40th Floor,<br>New York, NY 10171 | Common | 5,827 | Common |
| Royal Mail Pension Plan<br><br>11 Ironmonger Lane, 2nd Floor,<br>London, United Kingdom Ec2v 8ey | Common | 2,519 | Common |
| Ruby CS LLC<br><br>650 Newport Center Drive,<br>Newport Beach, CA 92660 | Common | 25,000 | Common |
| Ruby CS LLC<br><br>650 Newport Center Drive,<br>Newport Beach, CA 92660 | Warrant | 47,166 | Warrant |
| SHCOF II Holdings LP<br><br>6250 North River Road, Suite 10-100,<br>Rosemont, IL 60018 | Common | 32,520 | Common |
| Silver Rock CLO I Ltd<br><br>575 Madison, 25th Floor,<br>New York, NY 10022 | Common | 5,000 | Common |
| Silver Rock CLO II Ltd<br><br>575 Madison, 25th Floor,<br>New York, NY 10022 | Common | 5,013 | Common |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Silver Rock Opportunistic Credit Fund LP<br><br>12100 Wilshire Blvd., Suite 1000, Los Angeles, CA 90025 | Common | 56,592 | Common |
| Silver Rock Opportunistic Credit Fund LP<br><br>12100 Wilshire Blvd., Suite 1000, Los Angeles, CA 90025 | Warrant | 566,182 | Penny Warrant |
| Silver Rock Opportunities Fund I LP<br><br>12100 Wilshire Blvd., Suite 1000, Los Angeles, CA 90025 | Common | 143,568 | Common |
| Silver Rock Opportunities Fund I LP<br><br>12100 Wilshire Blvd., Suite 1000, Los Angeles, CA 90025 | Warrant | 1,435,418 | Penny Warrant |
| SLC Management Mac Investments LP<br><br>One Sun Life Executive Park, Wellesley Hills, MA 02481 | Common | 1,256 | Common |
| Sound Point CLO II Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 1,150 | Common |
| Sound Point CLO IV-R Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 1,255 | Common |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Sound Point CLO IX Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 10,245 | Common |
| Sound Point CLO VIII-R Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 1,255 | Common |
| Sound Point CLO VII-R Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 10,245 | Common |
| Sound Point CLO VI-R Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 1,255 | Common |
| Sound Point CLO V-R Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 1,255 | Common |
| Sound Point CLO XIX Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 1,045 | Common |
| Sound Point CLO XVI Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 1,673 | Common |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Sound Point CLO XVII Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 1,673 | Common |
| Sound Point CLO XVIII Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 1,672 | Common |
| Sound Point CLO XX Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 1,672 | Common |
| Sound Point CLO XXI Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 10,245 | Common |
| Sound Point CLO XXII Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 10,245 | Common |
| Sound Point CLO XXIII Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 12,303 | Common |
| Sound Point CLO XXIV Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 10,245 | Common |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Sound Point CLO XXIX Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 10,245 | Common |
| Sound Point CLO XXV Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 9,215 | Common |
| Sound Point CLO XXVI Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 8,211 | Common |
| Sound Point CLO XXVII Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 10,245 | Common |
| Sound Point CLO XXVIII Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 10,245 | Common |
| Sound Point CLO XXX Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 18,889 | Common |
| Sound Point CLO XXXI Ltd<br><br>375 Park Avenue, 33rd Floor, New York, NY 10152 | Common | 15,111 | Common |

28

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Sound Point CLO XXXIII Ltd<br><br>375 Park Avenue, 33rd Floor,<br>New York, NY 10152 | Common | 14,668 | Common |
| Sound Point Senior Floating Rate Master Fund LP<br><br>375 Park Avenue, 33rd Floor,<br>New York, NY 10152 | Common | 3,586 | Common |
| Sound Point Tactical Loan Opportunity Master Fund I Designed Activity Company<br><br>375 Park Avenue, 33rd Floor,<br>New York, NY 10152 | Common | 108,000 | Common |
| Sound Point Tactical Loan Opportunity Master Fund I Designed Activity Company<br><br>375 Park Avenue, 33rd Floor,<br>New York, NY 10152 | Warrant | 1,080,000 | Penny Warrant |
| SRF Plan Assets Opportunistic Credit Fund LP<br><br>12100 Wilshire Blvd., Suite 1000,<br>Los Angeles, CA 90025 | Common | 33,408 | Common |
| SRF Plan Assets Opportunistic Credit Fund LP<br><br>12100 Wilshire Blvd., Suite 1000,<br>Los Angeles, CA 90025 | Warrant | 334,473 | Penny Warrant |
| State of Wyoming<br><br>30 Hudson Yards,<br>New York, NY 10001 | Common | 58,821 | Common |

29

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Strategic Value Capital Solutions II MF LP<br><br>100 West Putnam Avenue, Greenwich, CT 06830 | Common | 10,396 | Common |
| Strategic Value Capital Solutions Master Fund LP<br><br>100 West Putnam Avenue, Greenwich, CT 06830 | Common | 15,686 | Common |
| Strategic Value Capital Solutions Master Fund LP<br><br>100 West Putnam Avenue, Greenwich, CT 06830 | Warrant | 1,809 | Warrant |
| Strategic Value Capital Solutions Master Fund V LP<br><br>100 West Putnam Avenue Greenwich, Ct 06830 | Warrant | 2,356 | Warrant |
| Strategic Value Excelsior Fund LP<br><br>100 West Putnam Avenue, Greenwich, CT 06830 | Common | 3,147 | Common |
| Strategic Value Excelsior Fund LP<br><br>100 West Putnam Avenue, Greenwich, CT 06830 | Warrant | 223 | Warrant |
| Strategic Value Special Situations Master Fund V LP<br><br>100 West Putnam Avenue, Greenwich, CT 06830 | Common | 33,734 | Common |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Trustmark Insurance Company<br><br>400 Field Drive,<br>Lake Forest, IL 60045 | Common | 1,004 | Common |
| Venture 28A CLO Limited<br><br>12 E 49th Street, 38th Floor,<br>New York, NY 10017 | Common | 1,250 | Common |
| Venture 31 CLO Limited<br><br>12 E 49th Street, 38th Floor,<br>New York, NY 10017 | Common | 1,875 | Common |
| Venture 32 CLO Limited<br><br>12 E 49th Street, 38th Floor,<br>New York, NY 10017 | Common | 1,500 | Common |
| Venture 33 CLO Limited<br><br>12 E 49th Street, 38th Floor,<br>New York, NY 10017 | Common | 1500 | Common |
| Venture 34 CLO Limited<br><br>12 E 49th Street, 38th Floor,<br>New York, NY 10017 | Common | 1,250 | Common |
| Venture 35 CLO Limited<br><br>12 E 49th Street, 38th Floor,<br>New York, NY 10017 | Common | 1500 | Common |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Venture 36 CLO Limited<br><br>12 E 49th Street, 38th Floor, New York, NY 10017 | Common | 1,250 | Common |
| Venture 37 CLO Limited<br><br>12 E 49th Street, 38th Floor, New York, NY 10017 | Common | 1,250 | Common |
| Venture 38 CLO Limited<br><br>12 E 49th Street, 38th Floor, New York, NY 10017 | Common | 1,500 | Common |
| Venture 39 CLO Limited<br><br>12 E 49th Street, 38th Floor, New York, NY 10017 | Common | 1,250 | Common |
| Venture 41 CLO Limited<br><br>12 E 49th Street, 38th Floor, New York, NY 10017 | Common | 1,250 | Common |
| Venture 42 CLO Limited<br><br>12 E 49th Street, 38th Floor, New York, NY 10017 | Common | 1,250 | Common |
| Venture 43 CLO Limited<br><br>12 E 49th Street, 38th Floor, New York, NY 10017 | Common | 1,250 | Common |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Venture 44 CLO Limited<br><br>12 E 49th Street, 38th Floor, New York, NY 10017 | Common | 5,000 | Common |
| Venture 45 CLO Limited<br><br>12 E 49th Street, 38th Floor, New York, NY 10017 | Common | 1,250 | Common |
| Venture XIII CLO Limited<br><br>12 E 49th Street, 38th Floor, New York, NY 10017 | Common | 1,250 | Common |
| Venture XIX CLO Limited<br><br>12 E 49th Street, 38th Floor, New York, NY 10017 | Common | 1,250 | Common |
| Venture XV CLO Limited<br><br>12 E 49th Street, 38th Floor, New York, NY 10017 | Common | 1,250 | Common |
| Venture XXII CLO Limited<br><br>12 E 49th Street, 38th Floor, New York, NY 10017 | Common | 1,500 | Common |
| Venture XXIII CLO Limited<br><br>12 E 49th Street, 38th Floor, New York, NY 10017 | Common | 2,500 | Common |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Venture XXIX CLO Limited<br><br>12 E 49th Street, 38th Floor,<br>New York, NY 10017 | Common | 1,250 | Common |
| Venture XXVII CLO Limited<br><br>12 E 49th Street, 38th Floor,<br>New York, NY 10017 | Common | 1,500 | Common |
| Venture XXVIII CLO Limited<br><br>12 E 49th Street, 38th Floor,<br>New York, NY 10017 | Common | 1,250 | Common |
| Venture XXX CLO Limited<br><br>12 E 49th Street, 38th Floor,<br>New York, NY 10017 | Common | 1,625 | Common |
| Victory Floating Rate Fund<br><br>4900 Tiedeman Road,<br>Brooklyn, OH 44144 | Common | 241,726 | Common |
| Victory Floating Rate Fund<br><br>4900 Tiedeman Road,<br>Brooklyn, OH 44144 | Warrant | 2,141,815 | Penny Warrant |
| Virtus Newfleet Multi-Sector Bond ETF<br><br>One Financial Plaza,<br>Hartford, CT 06103 | Common | 38 | Common |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Virtus Newfleet Multi-Sector Intermediate Bond Series<br><br>One Financial Plaza,<br>Hartford, CT 06103 | Common | 650 | Common |
| Virtus Newfleet Senior Floating Rate Fund<br><br>One Financial Plaza,<br>Hartford, CT 06103 | Common | 1,450 | Common |
| Virtus Seix Floating Rate High Income Fund<br><br>101 Munson Street,<br>Greenfield, MA 01301-9668 | Common | 44,603 | Common |
| Virtus Seix Floating Rate High Income Fund<br><br>101 Munson Street,<br>Greenfield, MA 01301-9668 | Warrant | 5,583 | Warrant |
| Virtus Total Return Fund Inc<br><br>One Financial Plaza,<br>Hartford, CT 06103 | Common | 475 | Common |
| VVIT Virtus Newfleet Multi-Sector Intermediate Bond Series<br><br>One Financial Plaza,<br>Hartford, CT 06103 | Common | 150 | Common |
| Wellwater LLC<br><br>12100 Wilshire Blvd., Suite 1000,<br>Los Angeles, CA 90025 | Common | 10,800 | Common |

| Holders' Name and Last Known Address or Place of Business | Security Class | Number of Securities | Kinds of Interests |
|---|---|---|---|
| Wellwater LLC<br><br>12100 Wilshire Blvd., Suite 1000,<br>Los Angeles, CA 90025 | Warrant | 107,345 | Penny Warrant |
| West Bend Mutual Insurance Co<br><br>1900 S 18th Ave,<br>West Bend, WI 53072 | Common | 1,053 | Common |
| XAI Octagon Floating Rate & Alternative Income Term Trust<br><br>250 Park Avenue, 15th Floor,<br>New York, NY 10177 | Common | 5,865 | Common |
| Zais CLO 13 Subsidiary 2024 LLC<br><br>101 Crawfords Corner Road, Suite 1206,<br>Holmdel, NJ 07733 | Common | 2,500 | Common |
| Zais CLO 17 Subsidiary 2024 LLC<br><br>101 Crawfords Corner Road, Suite 1206,<br>Holmdel, NJ 07733 | Common | 5,000 | Common |

**Fill in this information to identify the case:**

Debtor name: West Marine, Inc., *et al.*

United States Bankruptcy Court for the District of Delaware

Case number (If known):

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | GARMIN INTERNATIONAL, INC. JESSICA OWENS 1100 E 151ST STREET BUILDING 5 OLATHE, KS 66062 | JESSICA OWENS PHONE: 913-440-6412 EMAIL: JESSICA.OWENS@GARMIN.COM | TRADE VENDOR | | | | $        8,565,896.37 |
| 2 | VIRTUAL SUPPLY, INC. CARIN SCHROEDER 5825 SW ARCTIC DRIVE BEAVERTON, OR 97005 | CARIN SCHROEDER PHONE: 503-213-1685 EMAIL: CSCHROEDER@VIRTUALSUPPLY.COM | TRADE VENDOR | | | | $        5,784,282.30 |
| 3 | SIERRA INTERNATIONAL, INC. DOUG SPITZER 2672 COLLECTION CENTER DRIVE CHICAGO, IL 60693 | DOUG SPITZER PHONE: 217-441-8367 EMAIL: DOUG.SPITZER@DOMETIC.COM | TRADE VENDOR | | | | $        4,653,016.30 |
| 4 | EAST PENN MANUFACTURING CO., INC. CHRIS PEDERSEN P.O. BOX 147 DEKA ROAD LYON STATION, PA 19536-0147 | CHRIS PEDERSEN PHONE: 336-771-7006 EXT 217 EMAIL: CPEDERSEN@DEKABATTERIES.COM | TRADE VENDOR | | | | $        4,429,055.53 |
| 5 | MODERN RECREATIONAL TECHNOLOGIES, INC. JACK BROWN 2220 US HIGHWAY 70 SE SUITE 100 HICKORY, NC 28602 | JACK BROWN PHONE: 828-319-2693 EMAIL: JBROWN@RPMSPG.COM | TRADE VENDOR | | | | $        4,234,384.34 |
| 6 | FACILITY SOLUTIONS GROUP, INC. CHRIS WEMMERT 4401 WESTGATE BLVD SUITE 310 AUSTIN, TX 78745 | CHRIS WEMMERT PHONE: 512-440-7985X12098 EMAIL: CHRIS.WEMMERT@FSGI.COM | CONTRACT COUNTERPARTY | | | | $        4,126,714.61 |
| 7 | LIPPERT COMPONENTS MANUFACTURING, INC. SARA NIDIFFER 408 S BYRKIT AVE MISHAWAKA, IN 46544 | SARA NIDIFFER PHONE: 574-312-6279 EMAIL: SNIDIFFER@LCI1.COM | TRADE VENDOR | | | | $        3,578,940.84 |
| 8 | LUMITEC, LLC TAMARA MILLER 1405 POINSETTIA DRIVE SUITE 10 DELRAY BEACH, FL 33444 | TAMARA MILLER PHONE: 561.272.9840 EXT 115 EMAIL: TMILLER@LUMITECLIGHTING.COM | TRADE VENDOR | | | | $        2,175,430.34 |
| 9 | PURE FISHING, INC. MARCUS RAVEN 1489 PAYSPHERE CIRCLE CHICAGO, IL 60674 | MARCUS RAVEN PHONE: 803-451-347 EMAIL: MARCUS.RAVEN@PUREFISHING.COM | TRADE VENDOR | | | | $        2,111,885.20 |
| 10 | 3M COMPANY EYLIN LOBO 6023 S.GARFIELD AVE P.O. BOX 54019 LOS ANGELES, CA 90040 | EYLIN LOBO PHONE: 844-265-9323 OPT 2 EMAIL: 3M.CBGCUSTOMERCOLLECTIONS.US@MMM.COM | TRADE VENDOR | | | | $        2,020,518.97 |
| 11 | AKZO NOBEL INC. LIGIA MIYOSHI 6001 ANTOINE DRIVE HOUSTON, TX 77091 | LIGIA MIYOSHI PHONE: 484-331-3003 EMAIL: LIGIA.MIYOSHI@AKZONOBEL.COM | TRADE VENDOR | | | | $        1,907,209.23 |
| 12 | ACR ELECTRONICS, INC. LINNEA GREEN 5757 RAVENSWOOD ROAD FORT LAUDERDALE, FL 33312-5247 | LINNEA GREEN PHONE: 954-862-2134 EMAIL: LINNEA.GREEN@ACRARTEX.COM | TRADE VENDOR | | | | $        1,900,401.28 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13 | RAYMARINE, INC. KAREN ROOT 110 LOWELL ROAD HUDSON, NH 03051 | KAREN ROOT PHONE: 603-324-7934 EMAIL: KAREN.ROOT@TELEDYNE.COM | TRADE VENDOR | | | | $   1,897,763.03 |
| 14 | NEW NAUTICAL COATINGS, INC. ADAM ALLOWAY 14805 49TH STREET NORTH CLEARWATER, FL 33762 | ADAM ALLOWAY PHONE: 727-523-8053 EMAIL: ADAM.ALLOWAY@AKZONOBEL.COM | TRADE VENDOR | | | | $   1,695,899.86 |
| 15 | GROSS MECHANICAL LABORATORIES, INC. BETH CHAVEZ 450 MARION QUIMBY DRIVE STEVENSVILLE, MD 21666 | BETH CHAVEZ PHONE: 410.604.3800 EMAIL: BCHAVEZ@GROCO.NET | TRADE VENDOR | | | | $   1,554,847.97 |
| 16 | PAN JACK INDUSTRIAL CO., LTD. CODY ADAMS BVDG.C,9F-3,NO.202,SEC.3 DA-TONG RD HSI-CHIH CHENG TAIPEI HSIEN, R.O.C. TIAWAN | CODY ADAMS PHONE: 22-647-1778 EMAIL: CODY@PANJACK.COM | TRADE VENDOR | | | | $   1,358,907.88 |
| 17 | XYLEM INC. JOHN MORIN 100 CUMMINGS CENTER SUITE 535N BEVERLY, MA 01915 | JOHN MORIN PHONE: 831-801-3545 EMAIL: JMORIN@DEREMA.COM | TRADE VENDOR | | | | $   1,349,926.53 |
| 18 | SEAFLO MARINE & RV NORTH AMERICA LLC MARC SWIATEK 3602 WEST SAMPLE STREET SOUTH BEND, IN 46619 | MARC SWIATEK PHONE: 844-473-2356 EMAIL: SALES@SEAFLOUSA.COM | TRADE VENDOR | | | | $   1,273,151.08 |
| 19 | KENT WATER SPORTS, LLC BRIAN ZALETEL 330 HWY 10 SOUTH SUITE 4 ST. CLOUD, MN 56304 | BRIAN ZALETEL PHONE: 320-252-2056 EMAIL: AR@KENTOUTDOORS.COM | TRADE VENDOR | | | | $   1,167,841.21 |
| 20 | ROCKY BRANDS US, LLC CASSIDY WASHINGTON 39 EAST CANAL STREET NELSONVILLE, OH 45764 | CASSIDY WASHINGTON PHONE: 800-848-9452 EXT 2101 EMAIL: CASSIDY.WASHINGTON@ROCKYBRANDS.COM | TRADE VENDOR | | | | $   1,078,156.88 |
| 21 | CMP GROUP LTD. THEA PAGE 7733 PROGRESS WAY DELTA, BC V4G1A3 CANADA | THEA PAGE PHONE: 604-952-2656 EMAIL: TPAGE@CMPGROUP.NET | TRADE VENDOR | | | | $   969,671.50 |
| 22 | NAVICO, INC. BRAD CROSSMAN 4500 S 129TH EAST AVENUE SUITE 200 TULSA, OK 74134 | BRAD CROSSMAN PHONE: 920-929-5120 EMAIL: BRAD.CROSSMAN@MERCMARINE.COM | TRADE VENDOR | | | | $   931,847.57 |
| 23 | LUXOTTICA OF AMERICA INC. OFELIA ROTH 12 HARBOR PARK DRIVE PORT WASHINGTON, NY 11050 | OFELIA ROTH PHONE: 516-918-3133 EMAIL: OROTH@US.LUXOTTICA.COM | TRADE VENDOR | | | | $   910,174.74 |
| 24 | MAGMA PRODUCTS, LLC ASHUNTI POWELL 3940 PIXIE AVE LAKEWOOD, CA 90712 | ASHUNTI POWELL PHONE: 972-448-3528 EMAIL: APOWELL@AXIOMBANKING.COM | TRADE VENDOR | | | | $   836,259.79 |
| 25 | YAESU USA, INC. LUCY VUNILEVA 6125 PHYLLIS DRIVE CYPRESS, CA 90630 | LUCY VUNILEVA PHONE: 714-827-7600 EXT 2794 EMAIL: L.VUNILEVA@YAESU-US.COM | TRADE VENDOR | | | | $   834,124.06 |
| 26 | STAR BRITE, INC. MEGHAN DOUGLASS 2780 GUNTER PARK DRIVE EAST MONTGOMERY, AL 36109 | MEGHAN DOUGLASS PHONE: 954-587-6280 EXT 134 EMAIL: MDOUGLASS@STARBRITE.COM | TRADE VENDOR | | | | $   788,402.91 |
| 27 | PENTAIR FLOW TECHNOLOGIES, LLC AUBREY ASMUND 5900 KATELLA AVENUE STE A, B, OR C CYPRESS, CA 90630 | AUBREY ASMUND PHONE: 800-854-3218 EMAIL: AUBREY.ASMUND@PENTAIR.COM | TRADE VENDOR | | | | $   761,137.85 |
| 28 | ENERSYS ENERGY PRODUCTS INC. TOM DISTEFANO 617 NORTH RIDGEVIEW DRIVE WARRENSBURG, MO 64093 | TOM DISTEFANO PHONE: 1660-429-2165 EMAIL: TOM.DISTEFANO@ENERSYS.COM | TRADE VENDOR | | | | $   745,253.51 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 29 | PELAGIC INC. BETH KAWAJA 1660 PLACENTIA AVENUE COSTA MESA, CA 92627 | BETH KAWAJA PHONE: 949-642-0646 EMAIL: BETH@PELAGICGEAR.COM | TRADE VENDOR | | | | $ 741,465.41 |
| 30 | TEUFELBERGER FIBER ROPE CORPORATION PETER PHELAN 848 AIRPORT ROAD FALL RIVER, MA 02720 | PETER PHELAN PHONE: 800-333-6679 EMAIL: PETER.PHELAN@TEUFELBERGER.COM | TRADE VENDOR | | | | $ 697,081.55 |

**OMNIBUS ACTION BY UNANIMOUS
WRITTEN CONSENT OF THE BOARDS OF DIRECTORS OF EACH COMPANY SET
FORTH ON SCHEDULE I HERETO**

Dated as of May 17, 2026

The undersigned, being all of the members of the boards of directors (each, a "Board" and collectively, the "Boards") of each of the entities listed on **Schedule I** attached hereto (each a "Company" and collectively, the "Companies"), acting in their capacity as the Board of such Company, hereby take the following actions by unanimous written consent (this "Written Consent") in lieu of holding a special meeting in accordance with the bylaws, limited liability company agreements, or other governing documents of each Company (collectively, the "Governing Documents"), as applicable, and the applicable laws of the jurisdiction in which each Company is incorporated or organized, do hereby approve, consent to, and adopt the following recitals and resolutions, with the same force and effect as if they had been adopted at a duly convened special meeting of each Board.

WHEREAS, the Board of each Company has reviewed and considered:  (i) that certain restructuring support agreement (as may be amended, modified, or supplemented from time to time, the "Restructuring Support Agreement"); (ii) the filing of voluntary petitions for relief (the "Bankruptcy Petitions") for each Company under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to the Governing Documents, as applicable, of each Company and the applicable laws of the jurisdiction in which each Company is organized (together with the transactions contemplated by the Restructuring Support Agreement, the "Restructuring Matters"); (iii) the use of cash collateral and incurrence of adequate protection obligations contemplated in connection therewith; and (iv) the retention of professionals by each Company (collectively, the "Filing Matters");

WHEREAS, pursuant to those certain Omnibus Resolutions, dated April 13, 2026, the Boards of Marine One Parent, Inc. and its direct and indirect subsidiaries each formed a special committee comprised of disinterested directors Matthew Kahn and Hugh Charvat (each, a "Special Committee" and collectively, the "Special Committees"), and delegated to each Special Committee certain rights, authority, and powers in connection with any matters in which a conflict of interest exists or is reasonably likely to exist between each Company, on the one hand, and any of its current and former directors, managers, officers, investment committee members, special or other committee members, equity holders (regardless of whether such interests are held directly or indirectly), affiliated investment funds or investment vehicles, managed accounts or funds, predecessors, participants, successors, assigns, subsidiaries, affiliates, partners, limited partners, general partners, principals, members, management companies, fund advisors or managers, employees, agents, trustees, advisory board members, financial advisors, attorneys (including any other attorneys or professionals retained by any current or former director or manager in his or her capacity as director or manager of an entity), accountants, investment bankers, consultants, representatives, and other professionals and advisors of such person or entity, and any such person's or entity's respective heirs, executors, estates, and nominees, on the other hand, as reasonably determined by each Special Committee (each, a "Conflicts Matter");

WHEREAS, each Special Committee had the opportunity to consult with the management and financial and legal advisors of the Companies and review the chapter 11 preparation materials provided by the financial and legal advisors, and, to the extent any of the foregoing Filing Matters (in whole or in part) constitute a Conflicts matter, the Special Committees have approved the adoption of this Written Consent and authorized the Companies to take the actions set forth herein; and

WHEREAS, each Board has reviewed and considered the materials presented by the management of each Company and each Company's financial and legal advisors, and has had adequate opportunity to consult with such persons regarding the materials presented, obtain additional information, and to fully consider each of the strategic alternatives available to the Companies.

NOW, THEREFORE, IT IS HEREBY RESOLVED, that, pursuant to the Governing Documents, each Board has determined, in its business judgment, that the following resolutions are advisable and in the best interests of the Companies and hereby adopts the following resolutions:

## THE RESTRUCTURING SUPPORT AGREEMENT

WHEREAS, the Boards have reviewed and considered entry into the Restructuring Support Agreement, including all other exhibits, schedules, attachments, and ancillary documents or agreements related thereto;

WHEREAS, the Boards have been advised of the ongoing negotiations between each Company and the Consenting Stakeholders (as defined in the Restructuring Support Agreement) related to the Restructuring Support Agreement; and

WHEREAS, the Restructuring Support Agreement provides that it can be terminated if the Boards determine, upon advice of counsel, that proceeding with the transactions contemplated thereby would be inconsistent with the exercise of their fiduciary duties or applicable law.

NOW, THEREFORE, IT IS HEREBY RESOLVED, that the Board of each Company has determined in its business judgment that it is desirable and in the best interests of such Company to enter into the Restructuring Support Agreement (substantially in the form presented to each Board, with such changes as approved by one or more Authorized Officers (as defined below), such approval to be conclusively established by such Authorized Officer's execution and delivery or taking thereof) and that such Company's performance of its obligations under the Restructuring Support Agreement be and hereby is, in all respects, authorized and approved; and it is

FURTHER RESOLVED, that the Board of each Company has determined in its business judgment that it is desirable and in the best interests of such Company that any director, manager, other duly appointed officers or authorized signatories of such Company and any other person designated by the applicable Board (collectively, the "Authorized Officers" and individually, an "Authorized Officer"), acting individually and with full power of substitution, be, and hereby is, authorized, approved, empowered, and directed, to take all actions (including, without limitation, to negotiate and execute any agreements, documents, or certificates) necessary to

2

undertake and enter into the Restructuring Support Agreement and to consummate the transactions contemplated thereby, including without limitation, the negotiation and documentation of the Restructuring Matters, the incurrence of indebtedness, assumption of obligations, rejection of obligations, sale of the Companies, sale of equity or assets, merger, recapitalization, or other transactions contemplated thereby and all exhibits, schedules, attachments, and ancillary documents or agreements related thereto (each in the form and upon the terms as such Authorized Officer may approve, such approval to be conclusively established by such Authorized Officer's execution and delivery or taking thereof), and that such Company's entry into and performance of its obligations in respect thereof, is, in all respects, authorized, approved, confirmed, and ratified; and it is

FURTHER RESOLVED, that the respective Authorized Officers of each Company be, and each of them, acting alone or in any combination, hereby is, authorized to take all actions (including, without limitation, to negotiate and execute any agreements, documents, or certificates) necessary to enter into the Restructuring Support Agreement and to consummate the transactions contemplated thereby in connection with the Restructuring Matters, and to pay any fees or expenses related thereto, and that such Company's performance of its obligations under the Restructuring Support Agreement hereby is, in all respects, authorized and approved.

## CHAPTER 11 FILING

RESOLVED, that in the business judgment of each Board, it is desirable and maximizes the value of each Company for the benefit of all stakeholders, for each Company to file or cause to be filed the Bankruptcy Petitions under the Bankruptcy Code in the Bankruptcy Court, and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States; and it is

FURTHER RESOLVED, that in accordance with the Governing Documents, as applicable, of each Company, and the applicable laws of the jurisdiction in which each Company is incorporated or organized, as applicable, each Board hereby consents to, authorizes, and approves the filing of the Bankruptcy Petitions; and it is

FURTHER RESOLVED, that any of the respective Authorized Officers of each Company shall be, and each of them acting individually or in any combination, hereby is, authorized and directed for and on behalf of such Company, to take all actions (including, without limitation, to negotiate and execute any documents, certificates, petitions, including the Bankruptcy Petitions, supplemental agreements, and instruments) to act as signatory and attorney on behalf of such Company with respect to the Restructuring Matters, and that any persons to whom such Authorized Officers of each Company delegate certain responsibilities, be, and hereby are, authorized, empowered, and directed to execute and file on behalf of such Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all actions that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary or proper to maintain the ordinary course operations of such Company's business.

**APPOINTMENT OF A TEMPORARY OFFICER**

WHEREAS, pursuant to that certain engagement letter, dated May 13, 2026, by and among the Companies and FTI Consulting, Inc. (as may be amended, restated, or amended and restated from time to time, the "Engagement Letter"), and the applicable Governing Documents, each Board, in an exercise of its business judgment, deems it advisable and in the best interests of the Companies and its stakeholders to appoint Amir Agam as Interim Vice President ("Temporary Officer") of the Companies.

NOW, THEREFORE, IT IS HEREBY RESOLVED, that Mr. Agam be, and hereby is, appointed and elected to serve as Temporary Officer and to hold the position of Temporary Officer;

FURTHER RESOLVED, that the Temporary Officer shall serve in accordance with the Engagement Letter and the Governing Documents, as applicable, with such authority and responsibility with respect to the Companies as is described in the Engagement Letter and the Governing Documents, as applicable, and shall act in such capacity until his successor is duly elected and qualified or, if earlier, until his successor has been duly elected or until his death, resignation or removal; and it is

FURTHER RESOLVED, that the Engagement Letter is hereby approved, and any Authorized Officer, acting alone or with one or more Authorized Officers, be, and each of them hereby is, authorized, empowered, and directed to execute, deliver, and perform each Company's obligations under the Engagement Letter on behalf of the Companies and in its name with such changes therein or additions, deletions, or modifications thereto as the Authorized Officer signing the same may approve, such approval may be conclusively evidenced by such Authorized Officer's execution and delivery of the Engagement Letter.

**CASH COLLATERAL AND ADEQUATE PROTECTION OBLIGATIONS**

WHEREAS, Marine One Parent, Inc. and each of its subsidiaries (collectively, the "Loan Parties") are party to that certain ABL Credit Agreement, dated as of May 1, 2024 (as amended, restated, supplemented, or otherwise modified from time to time, the "ABL Credit Agreement"), by and among Rising Tide Holdings Inc., as borrower, Marine One Parent, Inc., as holdings, the revolving lenders party thereto from time to time, the FILO lenders party thereto from time to time, and Eclipse Business Capital LLC, as administrative agent, collateral agent, and agent to the "first in, last out" lenders;

WHEREAS, the Loan Parties are party to that certain Super-Priority Credit Agreement, dated as of September 25, 2024 (as amended, restated, supplemented, or otherwise modified from time to time, the "Term Loan Credit Agreement" and together with the ABL Credit Agreement, the "Prepetition Credit Agreements"), by and among Rising Tide Holdings Inc., as borrower, Marine One Parent, Inc., as holdings, Wilmington Savings Fund Society, FSB, as administrative agent and collateral agent, the guarantors party thereto from time to time, and the lenders party thereto from time to time; and

WHEREAS, each Board has considered presentations by the Companies' management and advisors of the Companies regarding the liabilities and liquidity situation of the Companies and their affiliates and subsidiaries, the strategic alternatives available to them, and the effect of the

foregoing on the Companies' business and has determined, in the business judgment of each Board and based on the recommendation from the Companies' management and advisors, that the following resolutions maximize value of the Companies for the benefit of all stakeholders.

NOW, THEREFORE, IT IS HEREBY RESOLVED, that in the business judgment of each Board, it is desirable and maximizes the value of each Company for the benefit of all of their stakeholders, to obtain the benefits from the use of collateral, including cash collateral, as that term is defined in section 363(a) of the Bankruptcy Code (the "Cash Collateral"), which is security for certain of the Companies' prepetition secured parties under the Prepetition Credit Agreements (the "Prepetition Secured Parties"); and it is

FURTHER RESOLVED, that the respective Authorized Officers of each Company be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered in the name of, and on behalf of, the respective Companies to seek approval of the use of Cash Collateral pursuant to a Cash Collateral order in interim and final form (together, the "Cash Collateral Orders"), and, to the extent applicable to each Company, any Authorized Officer be, and hereby is, authorized, empowered, and directed to negotiate, execute, and deliver any and all agreements, instruments, or documents, by or on behalf of such Company, necessary or advisable to implement the Cash Collateral Order, including providing for adequate protection to the Prepetition Secured Parties in accordance with section 363 of the Bankruptcy Code (the "Adequate Protection Obligations"), as well as any additional or further agreements for the use of Cash Collateral in connection with the chapter 11 cases, which agreement(s) may require the Companies to grant adequate protection, including periodic cash payments, and security interests to the Prepetition Secured Parties and each other agreement, instrument, or document to be executed and delivered in connection therewith, by or on behalf of the Companies pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Authorized Officer shall deem necessary, proper, or advisable, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery of such agreement, instrument, or document; and it is

FURTHER RESOLVED, that each Company be, and hereby is, authorized to incur the Adequate Protection Obligations.

**RETENTION OF PROFESSIONALS**

RESOLVED, that the respective Authorized Officers of each Company be, and each of them, acting alone or in any combination, hereby is, authorized, empowered, and directed to employ on behalf of such Company: (i) Kirkland & Ellis LLP and Kirkland & Ellis International LLP as restructuring counsel; (ii) Young Conaway Stargatt & Taylor, LLP as co-bankruptcy counsel; (iii) Triple P Securities, LLC as investment banker; (iv) FTI Consulting, Inc. as restructuring advisor; (v) Kurtzman Carson Consultants, LLC dba Verita Global as claims and noticing agent; (vi) Hilco Merchant Resources, LLC and Hilco Real Estate, LLC as real estate advisor and liquidator; and any other legal counsel, accountants, financial advisors, restructuring advisors, or other professionals the Authorized Officers deem necessary, appropriate, or advisable; each to represent and assist each Company in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and any applicable law (including, but not limited

to, the law firms filing any motions, objections, replies, applications, pleadings, or responses); and it is

FURTHER RESOLVED, that the respective Authorized Officers of each Company be, and each of them, acting alone or in any combination, hereby is, authorized and directed to employ any other professionals to assist such Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, to pay appropriate retainers and fees, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary.

## GENERAL AUTHORIZATION

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, the respective Authorized Officers of each Company (and their designees and delegates), either individually or as otherwise required by the Governing Documents, as applicable, of each Company and the applicable laws of the jurisdiction in which each Company is organized, be, and each of them hereby is, authorized to execute, acknowledge, deliver, and file any and all agreements, certificates, instruments, powers of attorney, letters, forms, transfer, deeds, and other documents on behalf of such Company relating to the foregoing resolutions; and it is

FURTHER RESOLVED, that the respective Authorized Officers of each Company be, and each of them, acting alone or in any combination, hereby is, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and to perform such further actions and execute such further documentation that the Authorized Officers in their absolute discretion deem necessary, proper, appropriate, or desirable in connection with the chapter 11 cases of each Company and in accordance with the foregoing resolutions; and it is

FURTHER RESOLVED, that the respective Authorized Officers of each Company (and their designees and delegates) be, and each of them, acting alone or in any combination, hereby is, authorized and empowered, in the name of and on behalf of such Company to take or cause to be taken any such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, retainers, and fees, including but not limited to filing fees, in each case as in such Authorized Officer's absolute discretion, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that each Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the Governing Documents, as applicable, of each Company, or hereby waives any right to have received such notice; and it is

FURTHER RESOLVED, that all acts, actions, and transactions relating to the matters contemplated by this Written Consent done in the name of and on behalf of each Company, which acts would have been approved by this Written Consent except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved, confirmed, and ratified as

6

the true acts and deeds of each Company with the same force and effect as if taken at a special meeting of the Boards, duly called and constituted pursuant to the Governing Documents of each Company and the applicable laws of the jurisdiction in which each Company is incorporated or organized; and it is

FURTHER RESOLVED, that any Authorized Officer of a Company (and their designees and delegates) be, and each of them, acting alone or in any combination, hereby is, authorized to do all such other acts, deeds, and other things as such Company itself may lawfully do, in accordance with the Governing Documents, as applicable, of such Company and the applicable laws of the jurisdiction in which such Company is incorporated or organized, as applicable, howsoever arising in connection with the matters above, or in furtherance of the intentions expressed in the foregoing resolutions, including, but not limited to, the negotiation, finalization, execution, and delivery of any other agreements, certificates, instruments, powers of attorney, letters, forms, transfer, deeds, and other documents whatsoever as the individual acting may in his/her absolute and unfettered discretion approve, deem or determine necessary, appropriate, or advisable, such approval, deeming, or determination to be conclusively evidenced by said individual taking such action or the execution thereof; and it is

FURTHER RESOLVED, that this Written Consent shall be delivered to each of the Companies and shall be filed with the minutes of proceedings of the board of directors, managers, and members, as applicable, and the books and records of each Company; and it is

FURTHER RESOLVED, that this Written Consent may be executed in any number of counterparts, each of which shall be deemed to be an original, and such counterparts shall constitute but one and the same consent; and it is

FURTHER RESOLVED, that facsimile, .pdf, and photostatic copies of signatures to this Written Consent shall be deemed to be originals and may be relied on to the same extent as the originals.

[SIGNATURE PAGE FOLLOWS]

**IN WITNESS WHEREOF,** the undersigned hereby take the actions described herein, to be effective as of the date first set forth hereinabove.

By: _Derex Walker_ _____
Name:  Derex Walker

By: _David Heidecorn_ _____
Name:  David Heidecorn

By: ___(signature)___ _____
Name:  Dean McPhail

By: _Mike Guarnieri_ _____
Name:  Michael Guarnieri

By: _____
Name:  Matthew Kahn

By: _____
Name:  Hugh Charvat

Being the Directors of the Boards of:

**MARINE ONE HOLDCO, LLC**
**MARINE ONE PARENT, INC.**
**RISING TIDE HOLDINGS INC.**
**RISING TIDE PARENT INC.**
**WEST MARINE, INC.**
**WEST MARINE PRODUCTS, INC.**
**W MARINE MANAGEMENT COMPANY, INC.**
**SEASCAPES, INC.**

*[Signature Page to Omnibus Written Consent – Board of Directors Filing Resolutions]*

**IN WITNESS WHEREOF,** the undersigned hereby take the actions described herein, to be effective as of the date first set forth hereinabove.

By: _____
Name:  Derex Walker

By: _____
Name:  David Heidecorn

By: _____
Name:  Dean McPhail

By: _____
Name:  Michael Guarnieri

By: _____
Name:  Matthew Kahn

By: _____
Name:  Hugh Charvat

Being the Directors of the Boards of:

**MARINE ONE HOLDCO, LLC
MARINE ONE PARENT, INC.
RISING TIDE HOLDINGS INC.
RISING TIDE PARENT INC.
WEST MARINE, INC.
WEST MARINE PRODUCTS, INC.
W MARINE MANAGEMENT COMPANY, INC.
SEASCAPES, INC.**

*[Signature Page to Omnibus Written Consent – Board of Directors Filing Resolutions]*

## Schedule I

| Entity | Jurisdiction of Incorporation |
|---|---|
| Marine One Holdco, LLC | Delaware |
| Marine One Parent, Inc. | Delaware |
| Rising Tide Holdings Inc. | Delaware |
| Rising Tide Parent Inc. | Delaware |
| West Marine, Inc. | Delaware |
| West Marine Products, Inc. | Florida |
| W Marine Management Company, Inc. | California |
| Seascapes, Inc. | Delaware |

**Fill in this information to identify the case:**

Debtor name   **West Marine, Inc., *et al*.**

United States Bankruptcy Court for the:   **DISTRICT OF DELAWARE**

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration   **Consolidated Corporate Ownership Statement and List of Equity Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **05/17/2026**      X  **/s/ *Paulee Day***
                                                          Signature of individual signing on behalf of debtor

                                                          **Paulee Day**
                                                          Printed name

                                                          **Chief Executive Officer**
                                                          Position or relationship to debtor